# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD FRANK STANLEY, C80900, <br> Plaintiff, <br> v. <br> RONALD BROOMFIELD, et al., <br> Defendant(s). | Case No. 20-cv-06111-CRB  (PR) <br><br> **ORDER OF DISMISSAL** |

This civil action by a prisoner was filed in the Eastern District of California on July 27, 2020 and transferred to this court on August 31, 2020. This court notified plaintiff in writing on August 31, 2020 that the action was deficient because plaintiff did not pay the requisite $400.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application. Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.

More than 28 days have elapsed; however, plaintiff has not provided the court with the requisite items or sought an extension of time to do so. The action accordingly is DISMISSED without prejudice.

The clerk shall close the file.

**IT IS SO ORDERED**.

Dated: October 13, 2020

_____
CHARLES R. BREYER
United States District Judge